UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff/Respondent, | NO. CR95-5851JET |
| v. | ORDER |
| JOSE RUIZ, aka JOSE RODRIGUEZ FLORES, | |
| Defendant/Petitioner. | |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for Abeyance of Writ of Error *Audita Querela*.

Having considered the entirety of the records and file herein, it is hereby

ORDERED that decision on Defendant's motion is stayed until August 1, 2005.

The clerk of the court is instructed to send uncertified copies of this Order to all

- 1

counsel of record.

DATED this 3rd day of June, 2005.

/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2