UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>        v.<br><br>JOSE M. RUIZ, aka JOSE RODRIGUEZ FLORES,<br><br>        Defendant/Petitioner. | NO. CR95-5851JET<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for a Writ of Error *Audita Querela*.

Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Defendant seeks resentencing by way of a Writ of *Audita Querela* based upon United States

- 1

v. Booker, 125 S.Ct. 738 (2005).  The Defendant's sentence became final prior to the Booker decision.  Booker does not apply retroactively to cases that became final prior to January 12, 2005.  Guzman v. United States, 2005 WL 803214.  Accordingly, it is hereby

    ORDERED that Defendant's Motion for Writ of Error *Audita Querela* is DISMISSED.

    The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record.

    DATED this 9h day of August, 2005.


/s JACK E. TANNER
_____
JACK E. TANNER
SR. UNITED STATES DISTRICT JUDGE

- 2