1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13

14

JOSE RUIZ, aka JOSE RODRIGUEZ
FLORES,

NO.  C97-5762JET
CR95-5852JET

15

16

Petitioner,

v.

17

UNITED STATES OF AMERICA,

ORDER

18

Respondent.

19

20

THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for

21

Relief from Judgment under Fed.R.Civ.P. 60(b).

22

Having considered the entirety of the records and file herein, it is hereby

23

ORDERED that Defendant's Motion for Reconsideration is properly construed as a second

24

or successive §2255 petition.  Defendant has not obtained prior authorization from the Ninth Circuit

25

26

- 1

1    Court of Appeals to file a second or successive motion. Accordingly, Defendant's motion is

2    DISMISSED for want of jurisdiction.

3         The clerk of the court is instructed to send uncertified copies of this Order to all

4    counsel of record.

5         DATED this 30th day of September 2005.

6

7                                   /s JACK E. TANNER
                                    _____
8                                   JACK E. TANNER
                                    SR. UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   - 2